STATE OF CONNECTICUT *v.* KEITH J. BURZYCKI ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Thomas H. Connell,* in support of the petition.

Submitted February 17—decided March 25, 1969

NELSON LOGAN *v.* EDISON LENHART ET AL.

The motion by the parties for approval and acceptance of their stipulation to have the appeal from the Court of Common Pleas for the judicial district of Waterbury decided on the briefs and record without oral argument is granted.

*Timothy C. Moynahan,* on the motion for the plaintiff.

*Irving W. Pasternak,* on the motion for the defendants.